## 54535. FOSTER v. PENNSYLVANIA MILLERS MUTUAL INSURANCE COMPANY.

SMITH, Judge..

Appellant Foster enumerates as error the judgment of the trial court, framed in accordance with an auditor's report. We find the appeal to be meritless. Neither proper exception to the report nor motion for recommital having been made, it became the duty of the trial court to enter the decree consistent with the auditor's decision. Code § 10-407.

*Judgment affirmed. Bell, C. J., and McMurray, J., concur.*

ARGUED SEPTEMBER 21, 1977 — DECIDED OCTOBER 13, 1977 — REHEARING DENIED NOVEMBER 9, 1977.

*White & Jewett, C. Lawrence Jewett,* for appellant.
*Nunn, Geiger & Pierce, David M. Pierce,* for appellee.